UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                      CASE NO: 6:15-cr-164-Orl-41TBS

DONALD E. LAWSON

    Defendant.

## ORDER

This case comes before the Court on Defendant Donald E. Lawson's Unopposed Motion to Seal Mental Health Evaluation Report and Unopposed Motion for Status Hearing (Doc. 35). After due consideration:

(1) The motion to seal Dr. Jacquelyn Olander's mental health evaluation of Defendant is **GRANTED** to protect Defendant's privacy interest in his personal, private health information. The Clerk shall accept the mental health evaluation for filing under seal. The evaluation shall remain under seal until further order of the Court.

(2) The motion for a status hearing regarding Defendant's mental competency is also **GRANTED**. The Courtroom Deputy shall coordinate, schedule, and notice the hearing.

**DONE** and **ORDERED** in Orlando, Florida on February 4, 2016.

*/s/ Thomas B. Smith*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Defendant, Donald E. Lawson
    Courtroom Deputy